ADR

1  Donald E.J. Kilmer, Jr., (SBN: 179986)
   LAW OFFICES OF DONALD KILMER
2  A Professional Corporation
   1645 Willow Street, Suite 150
3  San Jose, California 95125
   Telephone:   408/264-8489
4  Facsimile:   408/264-8487
   E-Mail:   Don@DKLawOffice.com

**E-FILING FILED**

MAY 25 2012

RICHARD W. WIENING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5  Attorneys for Plaintiffs

6

7

8            **UNITED STATES DISTRICT COURT**
       **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

HRL

9

10  GENE HOFFMAN, JR.,                    CASE NO: CV12–02694

11          Plaintiff,                    COMPLAINT FOR DAMAGES
                                          (Breach of Contract)
12            vs.
                                          DIVERSITY ACTION
13                                        28 U.S.C. § 1332
    MYRON GUSHLAK,
14                                        JURY TRIAL DEMANDED

15          Defendant.

16                        **PARTIES**

17  1.   Plaintiff GENE HOFFMAN, JR., is an individual who is a resident of the

18       state of California.

19  2.   Defendant MYRON GUSHLAK, is an individual who is a resident of the

20       state of Pennsylvania, and who is in the United States lawfully.

21                **JURISDICTION AND VENUE**

22  3.   This Court has diversity jurisdiction for residents of different states for

23       actions in which the amount in controversy exceeds $75,000.00.

24  4.   Venue for this action is properly in this District pursuant to 28 U.S.C. § 1391

25       and according to the terms of the written agreement at issue in this action.

26                        **FACTS**

27  5.   On August 3, 2006, the parties entered into a written contact for a loan of

28       $550,000.00 from Plaintiff HOFFMAN to Defendant GUSHLAK.  A true and

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

1    correct copy of the written agreement is attached as Exhibit A and is

2    incorporated by reference.

3  6.   The funds were used by Defendant GUSHLAK to compromise a claim against

4    himself and his wife Debbie Gushlak arising out of a civil action brought by

5    the United States in the United States District Court for the Eastern District

6    of New York.  The case was filed under seal which has since been lifted.  The

7    claimant had a valid claim that would have resulted in the forfeiture of the

8    home co-owned by Defendant GUSHLAK and his wife Debbie Gushlak.  The

9    home is located at 222 Old Prospect Road, Grand Cayman, Cayman Islands.

10   As a result of the compromise with the United States, Defendant GUSHLAK

11   and his wife Debbie Gushlak were able to keep their home.  Debbie Gushlak

12   was an intended third-party beneficiary of the promissary note and the

13   agreement compromising the claim of the United States.

14 7.   Based on the terms of the loan, Defendant GUSHLAK was entitled to (and

15   did) make periodic principal and interest payments with any remaining

16   principal and accrued interest due and payable on October 1, 2011.  After the

17   October 1, 2011 due date, if the loan had not been repaid in full, the interest

18   rate increased on the balance to compensate for late payment.

19 8.   The contract was breached when Defendant failed to make full payment of

20   the balance of the principal and accrued interest on October 1, 2011.

21 9.   As of June 1, 2012, with credit for all payments made, interest due and

22   payment of principal due on October 1, 2012, the Defendant now owes

23   Plaintiff the sum of $612,264.92.

24 10.  Defendant GUSHLAK is now incarcerated in the FCI Allenwood Low

25   Security federal prison in White Deer, Pennsylvania.

26 11.  Debbie Gushlak has filed for divorce from her husband with the dissolution

27   action now pending in the Cayman Islands. In that dissolution action Debbie

28   Gushlak is attempting to dispose of the marital asset of the family home that

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Hoffman v. Gushlak                    Page 2 of 3                         Complaint

1 was rescued earlier by the loan from Plaintiff HOFFMAN.

2 12. The contract between Plaintiff and Defendant contains an attorney's fee

3   provision.  As a result of Defendant's breach of said contract, Plaintiff is

4   entitled to an award of reasonable attorney's fees and costs incurred in

5   prosecuting this action.

6         **FIRST CLAIM** - Breach of Contact

7 13. Paragraphs 1 through 12 are incorporated by reference as if fully set forth

8   herein.

9 14. Plaintiff has at all times performed the terms of the contract in the manner

10   specified by the contract.

11 15. Defendant has failed to tender his performance as required by the contract,

12   including but not limited to failure to pay principal and accrued interest on

13   the date it was due.

14 16. Defendant's breach of the contract has damaged the Plaintiff in an amount

15   according to proof at trial, but in no circumstances in an amount not less

16   than $612,264.92.

17          **PRAYER FOR RELIEF**

18 WHEREFORE, Plaintiffs prays that this Court will enter judgment as follows:

19 A. An award of damages in the amount of $612,264.92 as of June 1, 2012;

20 B. An award of ongoing interest in accordance with terms of the contract;

21 C. An award of reasonable attorney fees and costs under the terms of the

22   contract;

23 D. Such other and further relief as this Court deems just and proper.

24 Respectfully Submitted on May 25, 2012,

25 /s/

26 Donald E.J. Kilmer, Jr., (SBN: 179986)
   LAW OFFICES OF DONALD KILMER

27 Attorney for Plaintiff

28

Donald Kilmer
Attorney at Law
1645 Willow St.
Suite 150
San Jose, CA 95125
Vc: 408/264-8489
Fx: 408/264-8487

Exhibit A

## Myron Gushlak.

## PROMISSORY NOTE

**U.S. $550,000.00**

I.    FOR VALUE RECEIVED, Myron Gushlak of 222 Old Prospect Road Grand Cayman, Cayman Islands, BWI ("Borrower") by this promissory note ("Note") hereby unconditionally promises to pay to the order of Gene Hoffman, Jr. ("Lender"), orher successor(s) or assign(s), at 751 Sylvan Way, Emerald Hills, CA 94062 the principal sum of five hundred and fifty thousand U.S. dollars ($550,000.00) as hereinafter provided and to pay interest on the principal balance hereof from time to time outstanding, as hereinafter provided at the rate of seven point nine percent ( 7.90%) per annum. Interest shall be calculated for actual days elapsed from August 1, 2006. Interest shall be based on a 365 day year. Principal and interest shall be paid as follows:

September 1, 2006 – September 1, 2011 – Monthly payment of $3997.44

| Date | $ Principal due | $ Interest due |
|---|---|---|
| October 1, 2011 | $ 521841.83 | $3439.13 |

II.    All principal and interest payable under this Note are payable in lawful money of the United States of America in immediately available funds without deduction for or on account of any present or future taxes, duties, or other charges levied or imposed on this Note or the proceeds or holder hereof by the Government of The United States of America or the State of California or any political subdivision or taxing authority thereof.

III.    The Borrower hereby waives diligence, presentment, demand, protest and notice of protest, demand and dishonor, and nonpayment of this Note.

IV.    No delay or omission on the part of the holder here in exercising any right hereunder shall operate as a waiver of such right or of any other right under this Note, nor shall any waiver on one occasion be construed as a bar to or waiver of any such right on any future occasion. No waiver shall be effective unless in writing and signed by the holder.

V.    This Note shall be governed by and construed in accordance with the laws of the State of California, United States of America.

VI.    For any legal action or proceeding with respect to this Note, the Borrower hereby expressly authorizes any action brought upon the enforcement of this Note by Lender, or its successor or assignee to be instituted and prosecuted in any Federal District Court of the United States of America in California or any State Court of competent jurisdiction in San Mateo County, Santa Clara County, or San Francisco County, at the election of Lender, its successor or assign. Borrower accordingly further waives any right, claim, or plea with respect to any other jurisdiction or venue.

VII.    In the event that any amount of the principal hereof or interest on this Note is not paid when due, the Borrower, to the extent permitted by applicable law, shall pay on demand interest on such unpaid amount from the date such amount was due to the date such amount is paid in full at the rate of fifteen percent (15 %) per annum ("late interest"). Each payment hereunder shall be credited first to late interest then due and payable, then to ordinary interest then due and payable, and the remainder thereof, if any, to the unpaid principal balance of this Note.

VIII.    The Borrower shall have the right, at any time or from time to time, to prepay all or any part of the principal hereof, provided any accrued interest on the amount prepaid is also paid, and any such prepayment shall be applied to the remaining principal installments in the inverse order of their maturities.

IX.    Borrower further agrees to pay all reasonable costs of collection, including reasonable attorneys' fees (inclusive of any appellate or bankruptcy proceedings) in case any payment of principal or interest is not paid by the due date thereof, whether suit be brought or not.

Name:    Myron Gushlak

Date:    August 3, 2006

ALAN FOTERFAS
Notary Public, State of New York
No. 31-4948856
Qualified in New York County 2007
Commission Expires February 6, __